

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00183-CR

**IN RE JEREMY RYAN MILLER**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: April 2, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Jeremy Ryan Miller petitioned this court for a writ of mandamus on March 20, 2025. Relator filed amended petitions. After considering the petition and the amended petitions, we conclude relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus, as amended, is denied. *See* TEX. R. APP. P. 52.8(a).[2]

PER CURIAM

---

[1] This proceeding arises out of Cause No. 24-07-15229-CR, styled *Miller v. State*, pending in the 454th Judicial District Court, Medina County, Texas, the Honorable Daniel J. Kindred presiding.

[2] Relator's "Motion to Expedite Consideration of Writ of Mandamus" is denied as moot.